UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JIRINA HOLUBCOVA,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRITISH AIRWAYS, PLC, a corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. CV09-9540 JST (SHx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV09-9540 JST (SHx) is hereby dismissed *with prejudice*.

Dated:  September 23, 2010          **JOSEPHINE STATON TUCKER**
                                                              Hon. Josephine Staton Tucker
                                                              United States District Court Judge

[*PROPOSED*] ORDER ON STIPULATION FOR DISMISSAL
WITH PREJUDICE
CASE NO.:  CV09-9540 JST (SHx)